UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA A. LUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: No. 22 cv 05826 |
| | ) | Honorable Virginia M. Kendall |
| NORTHERN ILLINOIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to voluntary dismissal of the instant action in its entirety, with prejudice. Each party is to bear its own costs and attorneys' fees.

Dated: April 5, 2023                         AGREED TO BY:

*/s/ Michael Smith*                          */s/ Thomas M. O'Grady*
Counsel for Plaintiff                        Counsel for Defendant

Michael T. Smith                             Thomas M. O'Grady
LAW OFFICES OF MICHAEL T. SMITH &            James G. Guagliardo
ASSOCIATES, PC                               Office of General Counsel
10 North Martingale Road, Suite 400          Northern Illinois University
Schaumburg, IL 60173                         330 Altgeld Hall
Telephone: (847) 466-1099                    DeKalb, IL 60115
msmith39950@aol.com                          Telephone: (815) 753-5454
                                             togrady1@niu.edu
                                             jguagliardo@niu.edu

1