# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cynthia A. Lund

                          Plaintiff,

v.                                                 Case No.: 1:22−cv−05826
                                                          Honorable Virginia M. Kendall

Northern Illinois University

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 6, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Joint Stipulation of Dismissal [15], case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.